THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY WATKINS, Defendant-Appellant.

(No. 58450;

First District (3rd Division)—December 13, 1973.

PER CURIAM.
MEJDA, J., took no part.

542

James J. Doherty, Public Defender,, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for. appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.